

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR09-1043-ODW |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION |
| v. | ) | (FED.R. CRIM. P.32.1(a)(6); 18 |
| FEDERICO GARCIA | ) | U.S.C. § 3143(a)) |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Central  District of  California  for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

• UNKNOWN BACKGROUND & COMMUNITY TIES;
• UNKNOWN AVAILABLE BAIL RESOURCES
• FAILURE TO COMPLY WITH COURT ORDERS
• RECENT (JAN, 2012) 1 FELONY CONVICTION, SBSC.

1  and/or

2  B.   ( )   The defendant has not met his/her burden of establishing by clear and
3         convincing evidence that he/she is not likely to pose a danger to the
4         safety of any other person or the community if released under 18
5         U.S.C. § 3142(b) or (c).  This finding is based on the following:

6  _____
7  _____
8  _____
9  _____

12  IT THEREFORE IS ORDERED that the defendant be detained pending the further
13  revocation proceedings.

15  Dated:  1/10/12

   HONORABLE DAVID T. BRISTOW
   United States Magistrate Judge